IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

L.C.,

    Plaintiff,

v.                                               Civil Action No. 5:21-cv-124-GFVT

UNITED STATES OF AMERICA;
RDAP INSTRUCTOR HOSEA LEE,

    Defendants.

## PLAINTIFF'S MOTION TO STAY

The Plaintiff respectfully requests that the Court stay this civil action pending the completion of Defendant RDAP Instructor Hosea Lee's criminal trial, currently scheduled for the week of March 15, 2022, and would show as follows:

1. On May 8, 2021 Plaintiff L.C. filed this action against the United States of America and RDAP Instructor Hosea Lee [Doc. 1]

2. On July 23, 2021, defendant RDAP Instructor Hosea Lee was indicted on charges related, at least in part, to the conduct that Plaintiff alleges in these matters.  [E.D. Ky. Case No. 5:21-cr-00084-DCR-MAS-1].  Defendant Lee's criminal trial was originally scheduled for October 4, 2021.  [*Id*. Doc. 16].

3. On August 31, 2021, Defendant Lee moved to continue his jury trial. [*Id*. Doc 30]. His motion to continue was granted and the trial was rescheduled for the week of January 10, 2022.  [*Id.* Doc. 31].

4. On November 19, 2021, Defendant Lee filed a second motion to continue the trial. [*Id.* 33]. His second motion to continue was granted and the trial was rescheduled for the week of March 15, 2022. [*Id.* 34].

5. Defendant United States of America agrees that discovery should be stayed pending completion of the criminal trial. However, Defendant United States of America does not agree to a stay of case.

6. Plaintiff will monitor the status of the criminal matter and advise the Court if the criminal case resolves prior to trial.

WHEREFORE, Plaintiff respectfully requests that the Court enter and order staying the case until completion of the criminal trial and granting any other relief it deems just and proper.

                Respectfully submitted,

                <u>L.C.</u>,
                By Counsel

<u>*/s/ David G. Bryant*</u>
David G. Bryant, Esq. (KBN 91351)
David Bryant Law, PLLC
600 W. Main Street, STE 100
Louisville, KY 40202
Telephone: 502-540-1221
Fax: 502-540-1200
david@davidbryantlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ David G. Bryant*
>David G. Bryant, Esq. (KBN 91351)
>David Bryant Law, PLLC
>600 W. Main Street, STE 100
>Louisville, KY 40202
>Telephone: 502-540-1221
>Fax: 502-540-1200
>david@davidbryantlaw.com